ROSE G. DUMAREST, Appellant, v. RENE DUMAREST, Respondent.— Order affirmed, without costs. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

FILOMENA FASTIGGI, an Infant, by GERARDO FASTIGGI, Her Guardian ad Litem, Respondent, v. CLAUDE E. GOODENOUGH, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $3,000, and to modify the judgment accordingly. In the event of such stipulation the judgment, as modified, and the order are unanimously affirmed, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

CORNELIUS GALLAGHER, Respondent, v. EDWARD S. PEROT and MINNIE B. JACKSON, as Executrix, etc., of GEORGE J. JACKSON, Deceased, Appellants.— Reargument ordered upon the question whether this court should entertain the present appeal, it appearing that the Court of Appeals has already affirmed the final judgment [234 N. Y. 516]; and case set down for Monday, November 13, 1922. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Respondent, v. JOHN F. HYLAN and Others, Appellants, and Others.— Order modified by reducing the amount of costs allowed from fifty dollars to ten dollars, and as so modified affirmed, without costs. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HARRY GOLDBERG, Respondent, v. THE LONDON ASSURANCE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

HENRY M. HALL, as Administrator, etc., of HENRY M. HALL, JR., Appellant, v. MAY GARBE, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to abide the event, on the ground that the questions of the negligence of the defendant and the contributory negligence of plaintiff's intestate should have been submitted to the jury. Blackmar, P. J., Manning and Young, JJ., concur; Kelly and Kelby, JJ., dissent, and vote to affirm.

In the Matter of the Petition of IRVING NATIONAL BANK, NEW YORK, etc., to Render and Settle Its Account as Executor, etc., of JOHN H. BAILEY, Deceased, etc., Respondent. JOHN M. BAILEY and Others, Appellants.— This court, pursuant to section 289 of the Surrogate's Court Act, directs that notice of this appeal be given to George W. Bailey, the nephew of the testator, by service upon him personally or by mail of a copy of the decree, notice of the appeal, and notice that the case will be brought on for reargument on the first Monday of the December term, 1922, for which day this appeal is set for reargument. Enter order accordingly. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.